| AO-10 (w)<br>Rev. 8/96 | **FINANCIAL DISCLOSURE REPORT**<br>Nomination Report | *Report Required by the Ethics<br>Reform Act of 1989, Pub L No.<br>101-194, November 30, 1989<br>(5 U.S.C. App. 4, Sec. 101-112)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Roberts, Richard W. | 2. Court or Organization<br><br>U.S. District Court, D.D.C. | 3. Date of Report<br><br>02/03/1998 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge Nominee | 5. Report Type (check type)<br><br>X Nomination, Date 01/27/1998<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>01/01/1997<br>to<br>01/03/1998 |
| 7. Chambers or Office Address<br><br>U.S. Department of Justice<br>601 D Street, N.W. - Room 5802<br>Washington, D.C. 20530 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ___ NONE (No reportable positions.) | |
| 1 Member, Board of Trustees | Vassar College |
| 2 Member, Board of Directors | Alumnae and Alumni of Vassar College |
| 3 _____ | _____ |

## II. AGREEMENTS *(Reporting individual only; see pp. 14-17 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 _____ | _____ |
| 2 _____ | _____ |
| 3 _____ | _____ |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 18-25 of Instructions.)*

| DATE | PARTIES AND TERMS | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 _____ | _____ | _____ |
| 2 _____ | _____ | _____ |
| 3 _____ | _____ | _____ |
| 4 _____ | _____ | _____ |
| 5 _____ | _____ | _____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Roberts, Richard W. | Date of Report<br>02/03/1998 |
|---|---|---|

## V. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

*Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VL. LIABILITIES

*Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities) | | |
| 1 | Bank of America | Mortgage on Rental Property | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Roberts, Richard W. | Date of Report<br>02/03/1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS

*— Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period *Exempt* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | *Exempt* |
| 1 Rental property, Washington, D.C. (J) | D | Rent | M | W | | | | | |
| 2 Justice Federal Credit Union (savings and checking) | C | Interest | L | T | | | | | |
| 3 National Westminister Bank (J with father) | B | Interest | K | T | | | | | |
| 4 Chase Manhattan Bank (J with father) | A | Interest | J | T | | | | | |
| 5 Citibank checking (J) | A | Interest | J | T | | | | | |
| 6 Chevy Chase Savings Bank preferred stock | A | Dividend | J | T | | | | | |
| 7 EPL Tecnologies common stock | A | Dividend | J | T | | | | | |
| 8 Food Lion Inc. common stock | A | Dividend | J | T | | | | | |
| 9 Riggs National Corp. preferred stock | A | Dividend | J | T | | | | | |
| 10 Sterling Vision Inc. common stock | A | Dividend | J | T | | | | | |
| 11 Playtex Family Products Corp. bond | A | Interest | J | T | | | | | |
| 12 RC Arby's Corp. bond | A | Interest | J | T | | | | | |
| 13 Stone Container Corp. bond | A | Interest | J | T | | | | | |
| 14 Rowe Furniture Corp. common stock (no longer held) | A | Dividend | J | T | | | | | |
| 15 Johnstown America Industries Inc. com stock (no longer held) | A | Dividend | J | T | | | | | |
| 16 Fort Howard Corp. bond (no longer held) | A | Interest | J | T | | | | | |
| 17 Alliance Capital Reserves money market | A | Interest | J | T | | | | | |

| 1 Inc/Gain Code: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,000-$100,000 | O=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,000 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Roberts, Richard W. | Date of Report<br>02/03/1998 |
|---|---|---|

**VII. Page 2 INVESTMENTS and TRUSTS** — *Income, value, transactions (includes those of spouse and dependent children. See pp. 57-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period **Exempt** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| [ ] NONE (no reportable income, assets, or transactions) | | | | | | | | | **Exempt** | |
| 18 Small claims Judgment against John Bowen | | None | J | T | | | | | | |
| 19 Note from Robert Wynn | | None | J | T | | | | | | |
| 20 Small claims Judgment against Gloria Boyd | | None | J | T | | | | | | |
| 21 Crestar Bank (IRA) (2 CDs) (S) | A | Interest | J | T | | | | | | |
| 22 Smith Barney Shearson IRA (Treasury coupon bond) (S) | | None | J | T | | | | | | |
| 23 Citibank (savings and checking) (S) | C | Interest | L | T | | | | | | |
| 24 Washington Women's Investment Club 1/20 interest (S) | A | Dividend | J | U | | | | | | |
| 25 CIGNA Retirement & Invmt. Svces. Keogh: Janus Worldwide (S) | C | Dividend | K | T | | | | | | |
| 26 CIGNA Retirement & Invmt. Svces. Keogh: AIM Constellation (S) | C | Dividend | K | T | | | | | | |
| 27 CIGNA Retiremt & Invmt. Svces. Keogh: Fidelity Contrafund (S) | D | Dividend | L | T | | | | | | |
| 28 CIGNA R&I Svces. Keogh: Cigna Active Managed Fixed Inc. (S) | B | Interest | K | T | | | | | | |
| 29 CIGNA R&I Svces. Keogh: Fidelity Growth & Income (S) | E | Dividend | L | T | | | | | | |
| 30 CIGNA R&I Svces. Keogh: PBHG Growth (S) | A | Dividend | K | T | | | | | | |
| 31 CIGNA R&I Svces. 401(K)(IRA): Fidelity Growth & Income (S) | D | Dividend | K | T | | | | | | |
| 32 CIGNA R&I Svces. 401(K)(IRA): Fidelity Contrafund (S) | D | Dividend | K | T | | | | | | |
| 33 CIGNA R&I Svces. 401(K)(IRA): PBHG Growth (S) | A | Dividend | K | T | | | | | | |
| 34 CIGNA R&I Svces. 401(K)(IRA): High Bond Yield (S) | B | Interest | J | T | | | | | | |

1 Income/Gain Codes: (Col. B1, D4) A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Value Codes: (Col. C1, D3) J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Value Mth Codes: (Col. C2) Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
|  | Roberts, Richard W. | 02/03/1998 |

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.        (Indicate part of report.)

| X | NONE  (No additional information or explanations.) |
|---|---|

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Roberts, Richard W. | Date of Report<br>02/03/1998 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Richard W. Roberts_       Date _2/3/98_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

---

53-708 99 - 7

# 182

## FINANCIAL STATEMENT

### NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

Digitized by Google

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | $ | 208, | 901 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 34, | 596 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 2, | 490 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 1, | 100 | Unpaid income tax | | | |
| Due from others | | 3, | 090 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | $ | 858, | 000 |
| Real estate owned-add schedule | $ 1, | 149 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 93, | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | 355, | 000 | | | | |
| See schedule | | | | | | | |
| | | | | Total liabilities | | 658, | 000 |
| | | | | Net Worth | | 986, | 097 |
| Total Assets | 1, | 844 | 097 | Total liabilities and net worth | 1 | 844 | 097 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

Digitized by Google

SCHEDULES TO FINANCIAL NET WORTH STATEMENT

ASSETS (amounts approximate)

Cash on hand and in banks

My accounts:

| | |
|---|---|
| Justice Federal Credit Union (savings and checking) | $ 66,000 |
| Marine Midland Bank (savings and checking) | 3,000 |
| Dreyfuss Liquid Assets | 1,800 |

Father's accounts listing me a joint holder:

| | |
|---|---|
| National Westminister Bank | 45,000 |
| Chase Manhattan Bank | 15,000 |

Joint account with wife:

| | |
|---|---|
| Citibank (checking) | 4,000 |

Minor children's accounts:

| | |
|---|---|
| Citibank (son) | 2,100 |
| Justice Federal Credit Union (son and daughter) | 4,000 |

Wife's accounts:

| | |
|---|---|
| Citibank (savings and checking) | 68,000 |
| Department of State Federal Credit Union | 1 |
| | $ 208,901 |

Listed securities

| | |
|---|---|
| Chevy Chase Savings Bank stock | 4,650 |
| EPL Technologies Inc. stock | 3,000 |
| Food Lion Inc. stock | 4,219 |
| Riggs National Corp. stock | 5,040 |
| Starling Vision Inc. stock | 4,450 |
| Playtex Family Products Corp. bond | 5,100 |
| RC Arbys Corp. bond | 5,125 |
| Stone Container Corp. | 5,012 |
| | $ 36,596 |

Unlisted securities

| | |
|---|---|
| Alliance Capital Reserves money market | 2,490 |
| Capital Senior Living Communities stock (value minimal; no longer traded) | |
| | $ 2,490 |

Accounts and notes receivable

| | |
|---|---|
| Judgment (John Bowen, acquaintance) | 1,000 |
| Note (Robert Wynn, cousin) | 1,100 |
| Judgment (Gloria Boyd, former tenant) | 2,000 |
| | $ 4,100 |

26

Digitized by Google

**Real estate owned**

Current residence in Washington, D.C.
Purchase price:                                                  $  610,000

Former residence in Maryland.
Current listing price:                                               389,000

Rental property in Washington, D.C.
Approximate value:                                                   145,000
                                                                  ----------
                                                                 $1,144,000

**Autos and other personal property**

Three autos                                                           23,000
Other personal property                                              70,000
                                                                  ----------
                                                                 $   93,000

**Other assets**

Wife's Keogh at Arent, Fox, Kintner, Plotkin & Kahn, administered
by CIGNA Retirement and Investment Services                         221,000

Wife's IRA at Arent, Fox, Kintner, Plotkin & Kahn, administered
by CIGNA Retirement and Investment Services                         108,000

Wife's IRA at Crestar Bank                                            11,000

Wife's IRA with Smith Barney Shearson                                11,000

Wife's 1/20th interest in Washington Women's Investment Club
partnership                                                           4,000
                                                                  --------
                                                                 $ 355,000

LIABILITIES (amounts approximate)

**Real estate mortgages payable**

Fleet Mortgage Group (current residence)                            487,000
GE Capital Mortgage Services (former residence)                     286,000
BankAmerica (rental property)                                        85,000
                                                                  --------
                                                                 $ 858,000

Digitized by Google